## CASEY v. STATE. (No. 5041.)

(Court of Criminal Appeals of Texas. May 22, 1918.)

CRIMINAL LAW ☞1094—APPEAL—ABSENCE OF BILL OF EXCEPTIONS.

The record being before the court on appeal without a statement of facts or bill of exceptions, the judgment will be affirmed; there being nothing of moment to require consideration.

Appeal from District Court, Bowie County; H. F. O'Neal, Judge.

Bennie Casey was convicted of robbery, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of robbery, his punishment being assessed at five years' confinement in the penitentiary. The record is before us without a statement of facts or bill of exceptions. There is nothing of moment to require consideration.

The judgment will be affirmed.

---

## RICKS v. STATE. (No. 5035.)

(Court of Criminal Appeals of Texas. May 22, 1918.)

CRIMINAL LAW ☞742(1)—CREDIBILITY AND WEIGHT OF WITNESSES — QUESTIONS FOR JURY.

The credibility of all the witnesses, and the weight to be given their testimony, were for the jury.

Appeal from District Court, Galveston County; Clay S. Briggs, Judge.

A. C. Ricks, was convicted of robbery, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of robbery, and assessed the lowest punishment.

The sole contention is that the evidence is too uncertain and insufficient to sustain the conviction. The statement of facts has been carefully read. Clearly the evidence of the state's witnesses was amply certain and sufficient to sustain the conviction. It is true the testimony of defendant and some of his witnesses disputed the testimony to some extent of the state's witnesses. The credibility of all the witnesses, and the weight to be given to their testimony, was for the jury. The jury evidently believed the state's witnesses and disbelieved appellant and some of his witnesses. There is no necessity of detailing the testimony. It would serve no useful purpose in this or any other case.

The judgment is affirmed.